JAMES N. BUTTERLY, Appellant, *v.* JAMES A. DEERING, Respondent.

*Butterly* v. *Deering,* 158 App. Div. 181, affirmed.
(Argued January 5, 1914; decided January 20, 1914.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 25, 1913, which affirmed an order of Special Term denying a motion for a trial by jury of certain issues.

The following question was certified: "Did the Supreme Court have power to grant the appellant's motion for a jury trial of one or more separate issues in this case ? "

*George W. Wingate, Isidor Wels* and *Frank Moss* for appellant.

*James R. Deering* and *James A. Deering* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK and MILLER, JJ. Absent: WERNER, J.